FILED

2003 OCT 23 P 12: 09

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| DONNA SIMLER, | : | CIVIL ACTION NUMBER: |
|---|---|---|
| *Plaintiff,* | : | |
| | : | 3:02CV01565(JCH) |
| VS. | : | |
| | : | |
| EDWARD STRUZINSKY, | : | |
| BRANFORD BOARD OF | : | |
| EDUCATION | : | |
| *Defendants.* | : | OCTOBER 22, 2003 |

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff, DONNA SIMLER, respectfully requests an extension of time of sixty (60) days, up to and including JANUARY 20, 2004, to comply with Defendants' Interrogatories and Requests for Production, dated OCTOBER 17, 2003.

In support of this motion, plaintiffs represent as follows:

1   They were served with defendants' Interrogatories and Request for Production on or about OCTOBER 17, 2003.

1

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Despite diligent effort, undersigned counsel cannot ascertain opposing counsel's position regarding this request for an extension of time.

4. This is the plaintiff's first request for an extension of time to respond to defendants' Interrogatories and Request for Production.

5. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

                THE PLAINTIFF,
                DONNA SIMLER

BY _____
      NORMAN A. PATTIS
      Federal Bar No. ct13120
      Williams & Pattis, LLC
      51 Elm Street, Suite 409
      New Haven, CT 06510
      Telephone: 203.562.9931
      Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 22nd day of October, 2003, to the following parties and counsel of record:

David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
NORMAN A. PATTIS

4