UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA SIMLER | : | NO.: 3:02CV01565 (JCH) |
| | : | |
| v. | : | |
| | : | |
| EDWARD STRUZINSKY, BRANFORD | : | |
| BOARD OF EDUCATION | : | OCTOBER 27, 2003 |

**MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES**

Pursuant to Rule 15(a) of the United States District Court for the District of Connecticut, the defendants, Branford Board of Education and Edward Struzinsky, respectfully move for leave to file the attached Amended Answer and Affirmative Defenses. The amendment is necessary to add the Tenth through Thirteenth Affirmative Defenses. The amendments will not prejudice the plaintiff nor delay the proceeding.

DEFENDANTS,
EDWARD STRUZINSKY, BRANFORD
BOARD OF EDUCATION

By_____
David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
ct13319

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 27th day of October, 2003.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Dawne Westbrook, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                  _____
                                                  David S. Monastersky