21

**FILED**

2003 OCT 23 P 12:09



Motion denied for failure to state good cause.
So Ordered.
[signature] 10/26/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA SIMLER, | : | CIVIL ACTION NUMBER: |
| *Plaintiff,* | : | |
| | : | 3:02CV01565(JCH) |
| VS. | : | |
| | : | |
| EDWARD STRUZINSKY, | : | |
| BRANFORD BOARD OF | : | |
| EDUCATION | : | |
| *Defendants.* | : | OCTOBER 22, 2003 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PRODUCTION**

Pursuant to Local Rule 7(b), the plaintiff, DONNA SIMLER, respectfully requests an extension of time of sixty (60) days, up to and including JANUARY 20, 2004, to comply with Defendants' Interrogatories and Requests for Production, dated OCTOBER 17, 2003.

In support of this motion, plaintiffs represent as follows:

1  They were served with defendants' Interrogatories and Request for Production on or about OCTOBER 17, 2003.

1