9

1   to tackle her fears and overcome them, and I usually
2   do.  I don't like to think that there is something
3   out there that I can't do because I can't overcome my
4   fear of it.
5       However, I'm terrified to ever have a massage
6   or to be put in any situation like that.  While never
7   having a massage or going to a spa is hardly the
8   worst thing in the world.  It is the fact that I am
9   afraid, and that my fear is so great that I know I
10  cannot overcome it.  That, I find, is tremendously
11  bothersome.  Fear is a terrible thing, and knowing
12  that it is far too painful for me to even think of
13  overcoming, this is upsetting to me.  I have never
14  been so afraid of something in my life, and even if I
15  have been this afraid, I have never felt like I
16  couldn't overcome it.
17      Joseph Burden has repeatedly sexually assaulted
18  three women and most likely many more.  During this
19  entire case he has sat there stone faced with no
20  regrets, no sorrow, and no admission of guilt for
21  what he did to three women.  He doesn't seem to think
22  that he has done anything wrong at all.  He is a
23  dangerous man who has hurt many women.
24      My hope is that his probation is very strict.
25  It should not simply be a way to check up on him, but
26  it should be demanding and difficult.  I don't in any
27  way want this man to have an easy experience with his

1　　probation. This is his punishment for attacking
2　　three women and I expect him to be treated as such.
3　　I also firmly believe that Joseph Burden should not
4　　just be listed on the registry of sex offenders, but
5　　also that his name should be published on the
6　　registry of sex offenders. He has done this more
7　　than once, and it is important for the safety of
8　　others that his name is published.
9　　　　I stand here today not only to express to the
10　　court my pain and suffering, but I also stand here
11　　wholeheartedly for the many other women who have been
12　　sexually assaulted. This is the type of sexual
13　　assault that is most common. While we tend to think
14　　of the Central Park jogger when we hear the word
15　　sexual assault, it is really more often that in this
16　　type of situation the victim knows or is acquainted
17　　with the attacker in some way.
18　　　　I hope that I have conveyed in some way that
19　　sexual assault is just as painful, just as hard, and
20　　just as degrading and demeaning no matter how it
21　　happens.
22　　　　I hope that I have been able to express to the
23　　court the pain and trauma that I have suffered with
24　　the hopes that in the future more sex offenders will
25　　be prosecuted and more women will be spared from what
26　　I have had to battle through.
27　　　　THE COURT: Thank you, ma'am.

1          MR. COLANGELO: This is the case ending in 316.
2          THE COURT: All right, ma'am.
3          THE WITNESS: Hello, Your Honor.
4     S E C O N D  V I C T I M  S T A T E M E N T
5          When Joseph Burden sexually assaulted me, a part
6     of my soul was destroyed forever.  My since of safety
7     and trust were shattered.  To say that my world
8     completely fell apart is an understatement.  He
9     violated my very core -- what is sacred to me.
10         When he first pulled my leg off the massage
11    table I felt confused so I put it back.  When he did
12    it again I was more perplexed and again returned my
13    leg to the table.  After numerous exchanges of him
14    pulling my leg off the table and my returning it I
15    let things be.  I erroneously trusted that he was a
16    professional and knew what he was doing, and that I
17    needed to relax.
18         When he started working his hands up my leg I
19    thought nothing about it.  I had about twenty-five to
20    thirty massages previously and felt I knew what to
21    expect.  However, when he started moving his hands
22    past the upper most part of my thigh toward my
23    private area I felt nervous.
24         When he repeated this pattern and actually made
25    contact with my vagina I felt scared, and my world as
26    I knew it ended forever.
27         When he repeated this motion over and over

1   again, making repeated contact with my vagina with
2   his hand, I felt terrified; a terror that I have
3   never before felt in my life.  I started to freeze,
4   surely this wasn't happening, when he repeated this
5   pattern on the other side I started to panic.  That's
6   when my body started to go into a deep freeze and I
7   felt paralyzed.  When he groped my breasts I could
8   not speak, and felt all sense of trust and safety
9   that I once believed in start to crumble.
10      When he hurt me by pinching my arm I felt
11  shocked and very frightened.  When he pulled my arm
12  off the table and held my hand on his erect penis for
13  what felt like an eternity, I could not move.  I felt
14  the innermost part of my soul trembling
15  uncontrollably and yearning to escape.  It felt as if
16  my soul had separated from my body.
17      When he repeated this on the other side I could
18  not scream and felt my breath slipping away from me.
19  When he pulled the blanket and semi transparent sheet
20  to expose my breasts I wanted to run and hide in
21  shame.
22      When he put his mouth a few inches from my mouth
23  and started moaning sexually while breathing heavily
24  into my mouth I wanted to die.
25      The fact I could not run, scream, yell, fight,
26  or even speak has haunted me since the day this
27  happened.  I have learned that my response is a

1   common response of someone who is being sexually
2   assaulted. Some people flee, some people fight, and
3   others freeze like a deer in head lights.
4       Although I believed in my heart that I would
5   fight and flee if I were ever in a dangerous
6   situation this is not what happened.
7       I immediately reported the incident to the
8   management at Derma Clinic. They told me that
9   something like this had never happened before. That he
10  works with rocks and this was a rock and not a penis;
11  and did I know that if this got out that they would be
12  ruined.
13      Many additional patronizing and disparaging
14  remarks were sent my way. At the end of the
15  conversation I knew in my heart they were not going
16  to do anything to stop him.
17      When I left the room he was pacing the hallway
18  and I had to look at him once again. I met my
19  husband briefly and told him what happened. We met
20  at the gym to take a class together which had been
21  our plan for the day. I had to leave the class early
22  because I started feeling very sick. I felt
23  nauseous, dizzy, and very shaky. I could not stop
24  crying. I knew that I had to go to the police so
25  that Joseph Burden could not hurt others the way that
26  he hurt me.
27      I met with the police that night; I soon found

1   out that I was not Joseph Burden's first victim to go
2   to the police.  I found out that he had assaulted
3   another person approximately six months earlier at
4   Derma Clinic, but that the State had declined to
5   prosecute the case.
6       A full police investigation had been done which
7   involved Derma Clinic and Joseph Burden.  This is a
8   person who had been investigated by the police for
9   sexual assault.  His employer Derma Clinic was aware
10  of it and yet he still sexually assaulted me at his
11  place of employment.
12      Many of the other victims were also assaulted at
13  Derma Clinic after the police investigation as well.
14  Without the intervention of this court Joseph Burden
15  would be unstoppable.  As you know seven arrests were
16  made; I'm aware of additional victims who chose not
17  to go to the police.
18      The impact Joseph Burden has had not only to the
19  lives of the victims, but also to the lives of the
20  friends and the families has been devastating.  I was
21  assaulted in February of 2001, this was two and a
22  half years ago and the nightmare never ends.
23      This has been devastating to my family.  When
24  this happened my daughters were three and six.  I
25  could not stop crying for weeks; I was inconsolable.
26  They kept asking:  What happened, Mommy?  Why is
27  Mommy crying?  I had to look into their little eyes

1   and tell them that someone had hurt Mommy, but that
2   Mommy was taking care of things. What do you say to
3   three and six-year-old little girls? No one should
4   ever have to look into their children's eyes and tell
5   them such a thing.
6     Through all this my children have suffered
7   nightmares, separation and anxiety issues. This has
8   been very difficult for my husband. He's a gentle
9   man, and very private. It is not easy for him to
10  express emotion. It has been very hard for him to
11  understand my anger, frustration, and sorrow. It has
12  been very confusing to him that a simple hug would
13  leave me shaking.
14    Through counseling we have been able to patch
15  things together, but this has been very difficult on
16  our marriage. I told my mom and she's been
17  devastated, she often cries. I cannot imagine what
18  it must feel like to know someone violated one of
19  your children and inflicted wounds so deep that you
20  cannot help heal.
21    My sister has also felt very helpless because
22  she cannot make it better. I have never told my
23  brothers or my dad. I have been reluctant to tell
24  friends; I am too embarrassed and ashamed.
25    It has taken me a long time to allow someone to
26  touch me. For over a year I could not stand the
27  touch of anyone not even my own children or husband.

1   Two and one half years later it is still very
2   difficult to have people touch me.  I can hug my
3   husband and daughters for only a short amount of time
4   before I start feeling panicky and scared.
5       I never felt this before I was assaulted.
6   Needless to say, I have never had another massage.
7   This is something I always treasured.
8       The time this happened I was about to start a
9   practice helping special needs children.  I had
10  attended a conference in Washington D.C. and I had
11  collected a fair amount of information including a
12  treatise on special education.
13      I am a lawyer by trade and was very interested
14  in working in the area of mediation for special needs
15  issues.  I had even spoken with several people about
16  representing them.
17      After this happened I could no longer
18  concentrate or focus.  My world fell apart and I
19  could not start this practice.
20      I had to learn how to live again, how to feel,
21  how to breathe.  I still wonder if I ever will learn
22  how to trust or feel safe again.  I've undergone
23  extensive therapy over the last two and a half years
24  and will continue to undergo therapy for quite some
25  time.  It is only because of therapy that I have been
26  able to continue on.
27      I am learning to accept the fact that it is

1  normal and self protective to lie motionless while I
2  was continually violated for approximately forty-five
3  minutes.  I have also learned that when someone is
4  sexually assaulted, whether or not they are
5  penetrated, has no bearing on the devastating impact
6  on their psyche.
7      Slowly, I am rebuilding my ability to live a
8  productive life.  There are still days, however, when
9  I simply want to die.
10     Based on Joseph Burden's inability to control
11 his behavior, illustrated by the number of victims he
12 assaulted after being investigated by the police, I
13 believe he needs to be watched very carefully and
14 that every safeguard to protect the public from this
15 predator must be instituted.
16     He chose to assault people while he was employed
17 in a professional position.  The power balance
18 between himself and his clients was very inequitable.
19 He was clothed while his clients were naked; he was
20 standing while his clients were lying down.  He was
21 acting as a licensed professional and was alone with
22 people in a room with a closed door.
23     He clearly took advantage of this situation over
24 and over again to satisfy his own wants, desires, and
25 needs.  Joseph Burden should never be allowed to work
26 in a profession where he is alone with people nor in
27 a position of authority.  He must be closely

1    supervised.
2        It is important to note that Joseph Burden was
3    listed on several professional websites after his
4    arrests.  These organizations, especially the
5    American Massage Therapy Association also known as
6    the AMTA publicly endorsed him.  When you go to their
7    website and type in a name or state you will get a
8    list of massage therapists whom they publicly
9    endorse.
10       Joseph Burden's name, address, phone number, and
11   types of massages he preformed were listed on their
12   website until approximately March of 2003.  The
13   website noted that he worked in homes, offices, and
14   even the gym.
15       I read the AMTA's code of ethics and he clearly
16   violated many other ethical codes.  Even after his
17   license was revoked by the State of Connecticut he
18   was still listed on their website.
19       My point is that he never informed them of his
20   arrest for sexual assault.  He exercised no self
21   restraint and used this site to possibly further his
22   interests.
23       Additionally, he never notified the State of New
24   York, where he held a license for massage therapy,
25   that he had been arrested for sexual assault.  He
26   clearly violated their rules as well, yet he told no
27   one.  I know these things because I have had several

| | |
|---|---|
| 1 | conversations with representatives from both the AMTA |
| 2 | and the State of New York. |
| 3 | In light of Joseph Burden's inability to control |
| 4 | himself and his disregard for clear rules surrounding |
| 5 | the profession he belonged to, I believe all |
| 6 | safeguards must be put in place to protect the |
| 7 | public. |
| 8 | Any and all conditions suggested by the |
| 9 | Department of Probation should be imposed. Regarding |
| 10 | the issue of publishing, for the above mentioned |
| 11 | reasons I strongly, strongly, believe this |
| 12 | information must be published. |
| 13 | Because of the number of people he has hurt and |
| 14 | his inability to police himself the public is very |
| 15 | much at risk. I implore you to require the |
| 16 | information be published. He has shown over and over |
| 17 | again that he is a true threat to the public. |
| 18 | Neither police investigations nor arrests can stop |
| 19 | him. Only the court can attempt to truly stop this |
| 20 | predator. |
| 21 | Requiring the information be published is one |
| 22 | more necessary safeguard the court can institute to |
| 23 | protect the public. |
| 24 | I thank you for your time and consideration in |
| 25 | this matter. This has truly been my worst nightmare. |
| 26 | To watch this process go on and on all the while |
| 27 | knowing he is out there likely harming others has |

1   been unbearable.  The time has come to finally try
2   and stop him from hurting others.  The detrimental
3   impact this one individual has had on society is
4   tragic.  Thank you.
5           THE COURT:  Thank you.
6           MR. COLANGELO:  Your Honor, the last case is
7   docket number ending in 437.  Attorney Emmett is
8   here; that victim couldn't be here today based on
9   prior scheduling issues.
10          THE COURT:  All right.  Before we go further I
11  just wanted to, I said this to counsel in chambers,
12  that I've known Attorney Emmett professionally as a
13  judge and a lawyer.  Further, some years ago we
14  collaborated with others on a legal book, but that's
15  been some years.  I don't think it concerns or
16  bothers either counsel as far as I'm aware.
17          MR. COLANGELO:  That's correct, Your Honor.
18          MS. EMMETT:  Thank you, Your Honor.  Initially,
19  I would like the court to know that I do represent
20  all of the three victims here.  I am speaking,
21  initially, on behalf of the one who is not here.
22          I am not going to read her statement to the
23  court which I know is incorporated in the PSI, but I
24  did want to bring to the court's attention certain
25  facts about it.
26          She is a single mother of four who was given a
27  gift certificate to Derma Clinic for a massage about

1   three months after the initial victim who spoke with
2   you this morning reported to the police that she had
3   been sexually assaulted. Almost four months later
4   she actually did receive a massage from Joseph
5   Burden.
6       There are a couple of things that she wrote in
7   her statement that I'd like to read to you that I
8   think resonate with what you've heard before and
9   underscore the experience these women had.
10      She said: I was lying there on that table with
11  my eyes shut as tightly as I could manage, screaming
12  inside. She said in trying to summarize what had
13  happened to her that he has taken the trust that I
14  used to feel toward other people away from me. And
15  that reliving and recalling the events make her feel
16  dirty and disgusted.
17      Now, Your Honor, I know the primary issue that
18  is before you at this point is whether or not the
19  information concerning Mr. Burden's conviction of
20  sexual offenses should be published. Under section
21  54-255 of the general statutes under that provision
22  it is his obligation to show, I believe, that it is
23  not necessary to disseminate the information for the
24  protection of the public.
25      I cannot imagine a more clear cut situation
26  where it is necessary that the information be
27  disseminated. This man is a serial offender; he is a

1  sexual offender. He preys on helpless victims who
2  have no way of anticipating or knowing that he might
3  do what he does. He does it in a situation where
4  there is every appearance of safety. He has done it
5  in a professional caring capacity toward individuals
6  who were there to be taken care of by him as his
7  clients.
8  What he had done has had a devastating impact on
9  the people that he has done it to. The circumstances
10 of these cases show that the public awareness or
11 institution awareness for this type of conduct is not
12 great enough to prevent it from happening.
13 Clearly, there are many other opportunities that
14 exist in the world that would allow him to prey on
15 other victims. In any of the professions where an
16 individual is required to give care to another, there
17 are opportunities for a trusting relationship where
18 one touches another to take place.
19 There is absolutely nothing in this history of
20 this case, as you've heard in the stories of the
21 victims here, that would stop Mr. Burden from taking
22 advantage of that situation.
23 I think the best we can do, the court can do,
24 is to make the information public so that at least
25 individuals out there who may be subjected to his
26 conduct will have the opportunity to protect
27 themselves. Thank you.