FILED

2003 NOV 18 P 3: 40

US DISTRICT

UNITED STATES DISTRICT COURT BRIDGEPORT

DISTRICT OF CONNECTICUT

DONNA SIMLER   :

VS.   :   3:02CV01565(JCH)

EDWARD STRUZINSKY,   :
BRANFORD BOARD OF EDUCATION   :   NOVEMBER 18, 2003

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

DONNA SIMLER.

KATRENA ENGSTROM
ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 18th day of November, 2003, to the following parties and counsel of record:

David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

KATRENA ENGSTROM