FILED

2003 NOV 18 P 3: 40

US
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA SIMLER, | : |
| VS. | : |
| EDWARD STRUZINSKY, BRANFORD BOARD OF EDUCATION | : 3:02CV01565(JCH) <br> : <br> : NOVEMBER 18, 2003 |

### PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR TWO WEEKS

Pursuant to Local Rule 7(b), the plaintiff, DONNA SIMLER, respectfully requests that the deadline for the deposition of the plaintiff be extended two (2) weeks, through December 15, 2003. The parties request that the deadline for defendant's Motion for Summary Judgment be moved from January 2, 2004 to January 16, 2004.

In support of this motion, plaintiffs represent as follows:

1    The defendant has noticed the plaintiff's deposition for Tuesday, November, 25, 2003.

2.    The plaintiff has recently started a new job and she is not permitted to request personal time off during a holiday week.

3.    The parties have informally scheduled the plaintiff's deposition during the second week of December, 2003.

3.    Defendant's counsel has agreed to the revised deposition date, so

long as the deadline for filing summary judgment can be moved to January 16, 2004.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

          THE PLAINTIFF,
          DONNA SIMLER

BY _____
     KATRENA ENGSTROM
     Federal Bar No. ct09444
     Williams & Pattis, LLC
     51 Elm Street, Suite 409
     New Haven, CT 06510
     Telephone: 203.562.9931
     Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 18th day of November, 2003, to the following parties and counsel of record:

David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
KATRENA ENGSTROM