27

Motion granted: time to take plaintiff's deposition extended to 12/15/03 and to file dispositive motion extended to 1/16/04. So ordered.

FILED

2003 NOV 18 P 3:40

US DISTRICT COURT

FILED

2003 NOV 26 A 5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DONNA SIMLER, | : | |
| VS. | : | |
| EDWARD STRUZINSKY, BRANFORD BOARD OF EDUCATION | : | 3:02CV01565(JCH) |
| | : | NOVEMBER 18, 2003 |

**PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR TWO WEEKS**

Pursuant to Local Rule 7(b), the plaintiff, DONNA SIMLER, respectfully requests that the deadline for the deposition of the plaintiff be extended two (2) weeks, through December 15, 2003. The parties request that the deadline for defendant's Motion for Summary Judgment be moved from January 2, 2004 to January 16, 2004.

In support of this motion, plaintiffs represent as follows:

1 The defendant has noticed the plaintiff's deposition for Tuesday, November, 25, 2003.

2. The plaintiff has recently started a new job and she is not permitted to request personal time off during a holiday week.

3. The parties have informally scheduled the plaintiff's deposition during the second week of December, 2003.

3. Defendant's counsel has agreed to the revised deposition date, so