02cv1565motamd

disk

22

FILED

2003 OCT 28 P 12: 22

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA SIMLER | : | NO.: 3:02CV01565 (JCH) tms |
| v. | : | |
| EDWARD STRUZINSKY, BRANFORD BOARD OF EDUCATION | : | OCTOBER 27, 2003 |

### MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 15(a) of the United States District Court for the District of Connecticut, the defendants, Branford Board of Education and Edward Struzinsky, respectfully move for leave to file the attached Amended Answer and Affirmative Defenses. The amendment is necessary to add the Tenth through Thirteenth Affirmative Defenses. The amendments will not prejudice the plaintiff nor delay the proceeding.

Motion granted absent opposition. So Ordered.

FILED 2003 DEC -3 P 5:08 US DISTRICT COURT

DEFENDANTS,
EDWARD STRUZINSKY, BRANFORD
BOARD OF EDUCATION

By: _____
David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
ct13319