# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA SIMLER, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 01565 (JCH) |
| EDWARD STRUZINSKY and BRANFORD BOARD OF EDUCATION | |
| *Defendant*s. | JANUARY 16, 2004 |

## **APPEARANCE**

      Please enter the appearance of John J. Radshaw, III as attorney for the defendants, EDWARD STRUZINSKY and BRANFORD BOARD OF EDUCATION, in the above-entitled action.

                                      THE DEFENDANTS,
                                      EDWARD STRUZINSKY and
                                      BRANFORD BOARD OF EDUCATION

                                      /s/ John J. Radshaw, III
                                      John J. Radshaw, III, ct19882
                                      HOWD & LUDORF
                                      65 Wethersfield Avenue
                                      Hartford, CT  06114
                                      (860) 249-1361
                                      (860) 249-7665 (fax)

- 2 -

## CERTIFICATION

     I hereby certify that on January 16, 2004, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Norman A. Pattis, Esquire
WILLIAMS & PATTIS, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                /s/ John J. Radshaw, III
                                John J. Radshaw, III