# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA SIMLER, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 01565 (JCH) |
| EDWARD STRUZINSKY and BRANFORD BOARD OF EDUCATION | |
| *Defendants.* | JANUARY 16, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 and D.Conn.L.R. 56, the defendants, EDWARD STRUZINSKY and BRANFORD BOARD OF EDUCATION, submit that no material facts are in dispute and move that summary judgment enter in their favor as to all allegations of the plaintiff's complaint.

In support of this Motion, the defendants offer as follows:

1. The plaintiff's allegation that her Procedural or Substantive Due Process rights secured to her by the Fourteenth Amendment were violated fails to state a claim upon which relief may be granted;

2. The plaintiff's allegation that his Equal Protection rights secured to her by the Fourteenth Amendment were violated fails to state a claim upon which relief may be granted;

3. The plaintiff's claims do not implicate that clearly-established constitutional rights were violated;

4. The plaintiff is not entitled to any process by the defendants;

5. All or part of the plaintiff's claims are barred by the statute of limitations;

**ORAL ARGUMENT REQUESTED**

- 2 -

6. The plaintiff's claims against STRUZINSKY are barred by the doctrine of qualified immunity;

7. The plaintiff's claims against STRUZINSKY are barred by the doctrine of absolute immunity;

8. The plaintiff's claims against the defendants are barred by the First Amendment;

9. The plaintiff's claims against the defendants are barred by the doctrines of waiver and release and accord and satisfaction; and

10. The plaintiff's claims against the defendants are barred by the absolute privilege to present evidence to a quasi-judicial panel.

As required by Local Rule, a memorandum of law and statement of material facts, supported by affidavits, exhibits and other admissible evidence, is filed herewith.

WHEREFORE, the defendants pray that their Motion for Summary Judgment is granted.

THE DEFENDANTS,
EDWARD STRUZINSKY and
BRANFORD BOARD OF EDUCATION

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

- 3 -

## **CERTIFICATION**

     I hereby certify that on December 22, 2003, a copy of foregoing was served by U.S. Mail, postage pre-paid to all *pro se* parties and counsel of record.

Norman A. Pattis, Esquire
Christy Doyle, Esquire
WILLIAMS & PATTIS, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                               /s/ John J. Radshaw, III
                                               John J. Radshaw, III