UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA SIMLER, | |
| *Plaintiff,* | Civil Action No. |
| v. | 3:02 CV 01565 (JCH) |
| EDWARD STRUZINSKY and BRANFORD BOARD OF EDUCATION | |
| *Defendants.* | JANUARY 15, 2004 |

### AFFIDAVIT OF DR. PAUL SMOTAS

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen years of age

2. I understand the obligations of an oath.

3. I am a resident of Southington, CT.

4. From July 1997 to September 2000, I was employed by the Town of Branford Board of Education as Assistant Superintendent.

5. In my capacity as Assistant Superintendent, my responsibilities included budget, food services, transportation, facilities, personnel, and financial operations.

6. On March 24, 1999, the Branford Board of Education authorized an early retirement incentive (the "Plan") for all eligible professional staff ("Participants"), providing for the purchase of an additional three years of service for those who chose to take advantage of the incentive and consistent with the statutes and regulations established by the legislature

Exhibit A

of the State of Connecticut and the State of Connecticut Teacher's Retirement Board for that type of program.

7. As requested by the Superintendent, Dr. Bruce Storm, and the Board of Education, I prepared a financial analysis of offering the Plan to eligible Participants.

**8.** On March 26, 1999, I issued a Notice (the "Notice") to all teachers and administrators concerning the Plan. *See* **Attachment 1.**

9. The Notice stated that the Branford Board of Education would purchase three years of additional service for all teachers/administrators who qualify for the Plan.

10. The Notice also stated qualification or eligibility is based upon age (attainment of age 50 prior to July 1, 1999) and participation limits imposed by the Branford Board of Education.

11. The Notice also stated state law allows school boards the discretion to limit the employees for whom it will purchase service to a specific percentage of the work force based upon years of service in Branford.

12. The Notice also stated the teachers/administrators had until May 27, 1999 to apply to participate in the Plan.

13. The Notice also stated that once all applications had been received, the Branford Board of Education will determine the percentage of eligible employees (the "Participants") who will be approved under the retirement plan.

14. After all the applications for the Plan were received, I determined the retirement costs to the Branford Board of Education for all eligible Participants and the cost to replace those Participants.

15. After the cost analysis, I determined that limiting the Plan to the 16 most senior Participants would best serve the financial interests of the Branford Board of Education.

16. On June 1, 1999, I submitted the Plan's financial data to the Branford Board of Education at a duly noticed meeting and recommended that the Board approve the Plan limited to the 16 most senior Participants.

17. At the June 1, 1999 meeting, the Board approved the Plan, limited to the 16 most senior Participants with Branford experience who applied.

18. The determination of the number of Participants was made on June 1, 1999, and was based on the cost analysis, which would best serve the financial interests of the Branford Board of Education.

19. Including any other Participants beyond the 16 most senior would have placed the Plan in financial jeopardy.

20. There was no other basis in the determination other than the financial implication of adding additional teachers/administrators to the Plan.

21. The financial implications were determined by comparing the retirement cost of the applicants and replacements costs to the continued employment cost of those applicants.

22. Including any Participant beyond the 16 most senior would have eliminated the majority of any cost-savings resulting from the retirement.

23. When I discussed the financial implications of the Plan with the Board, I did not provide the identity of any of the applicants.

24. On June 2, 1999, I notified the plaintiff, Donna Simler, that the 16 most senior Participants who applied were accepted and her level of experience did not meet the criteria for approval. **See Attachment 2.**

- 4 -

          <u>/s/ Dr. Paul Smotas</u>
          DR. PAUL SMOTAS

STATE OF CONNECTICUT    :

                                :    *ss: Southington*

COUNTY OF HARTFORD    :

Subscribed and sworn to before me this 15th day of January 2004.

          <u>      /s/      </u>
          Commissioner of Superior Court

- 4 -

**EXHIBIT**

TO: ALL TEACHERS, ADMINISTRATORS

FROM: DR. PAUL SMOTAS, ASSISTANT SUPERINTENDENT

DATE: MARCH 26, 1999

RE: EARLY RETIREMENT INCENTIVE (OHIO PLAN)

The Branford Board of Education along with the Branford Board of Finance recently approved the request of the BEA to implement an early retirement incentive plan (Ohio Plan) through Teachers' Retirement Board (TRB).

The Branford Board of Education will purchase three (3) years of additional service for all teachers/administrators who qualify for the plan. Qualification or eligibility is based upon age (attainment of age 50 prior to July 1, 1999) and participation limits imposed by the Board of Education. (School boards may limit the number of employees for whom it will purchase service to a specific percentage of the work force based upon service in Branford).

Teachers/Administrators have until Thursday May 27, 1999 to apply for this early retirement plan. Application will require a notice of intent to retire; a completed application, and a wavier of accumulated sick leave payments. Once all applications have been received, the Board of Education will determine the percentage of teachers/administrators who will be approved under the retirement plan and a confirmation letter will be sent to the approved retirees. It should be noted that the applicant's intention to retire is IRREVOCABLE. However, if the Board of Education limits the percentage of applicants it will approve to a number smaller than that which applied, those employees who do not qualify will be allowed to continue in their positions next year.

I am sure that many of you have questions which can not be addressed in this notice. The BEA has scheduled an informational meeting in April to explain this early retirement plan in more detail. I will attend this meeting to answer questions regarding the process. If you are considering early retirement, your attendance at that meeting is highly recommended.

Should you wish to begin the application process, please write to me requesting the appropriate forms as soon as possible.

cc: Dr. Storm
    Mr. Goeler, BAO
    Mrs. Greenberg, BEA

# Exhibit A
# Attachment 1

# BRANFORD PUBLIC SCHOOLS
*1111 Main Street • Branford, Connecticut • 06405-3717*



**BRUCE E. STORM, Ed.D.**
*Superintendent of Schools*

**PAUL SMOTAS, Ph.D.**
*Assistant Superintendent*

TO:     Ms. Donna Simler

FROM:   Dr. Paul Smotas

DATE:   June 2, 1999

RE:     Early Retirement Application (Ohio Plan)


Please be advised that the Branford Board of Education approved the early retirement applications of the sixteen most senior teachers who applied for the Ohio Plan. Unfortunately your application and your experience in Branford (ten years) did not meet the criteria for approval.

Thank you for your service to the students of Branford. I wish you well on your future endeavors.


cc: Dr. Storm

# Exhibit A
# Attachment 2