# BRANFORD
## BOARD OF EDUCATION MEETING MINUTES

DATE:     March 24, 1999            LOCATION:  W.I.S.
                                               BRANFORD, CONN.
SUBJECT:  SPECIAL MEETING           Page 1 of 4

## ATTENDANCE

| HERE | ATTENDEE | AFFILIATION |
|---|---|---|
| Y | Edward Struzinsky - Chairman | Board of Education |
| N | Randina Prete - Vice Chairman | Board of Education |
| Y | Robert Dargan - Secretary | Board of Education |
| Y | Marilyn Brown | Board of Education |
| Y | Daniel Caruso | Board of Education |
| Y | Richard Greenalch | Board of Education |
| Y | Frank Kinney | Board of Education |
| Y | Arthur Lombard | Board of Education |
| Y | James Mendillo | Board of Education |
| Y | Dr. Bruce Storm - Superintendent | Central Office |
| Y | Dr. Paul Smotas - Asst. Superintendent | Central Office |
| Y | Dr. John Hennelly - Dir. of Curriculum | Central Office |
| N | Ray Moore - Dir., Buildings & Grounds | Central Office |

## BUSINESS ITEMS

| ITEM | DESCRIPTION |
|---|---|

### CALL
01  Meeting was called to order at 7:40 p.m. by Chairman Struzinsky.

### AGENDA CHANGES
Item V. COMMUNICATIONS was moved to Item IV.
Item IX.A.1. Personnel - Teacher-Non Renewal, was moved to Item X.9.
Item IX.A.1. APPOINTMENT - Payroll Supervisor-Central Office, was
    Moved to Item X.10.

### APPROVAL OF MINUTES
02  (Dargan/Brown)  Motion to approve Minutes of the February 3, 1999, Budget Meeting, and Minutes of the February 10, 1999 Regular Meeting.
MOTION PASSED/APPROVED UNANIMOUSLY

### TRIBUTES AND HONORS
Dr. Storm honored parent volunteers at Mary R. Tisko School, recognizing them for their contributions of time and effort to enhance the educational programs for all of the Tisko students, and spread the accompanying resolution upon the minutes.

Exhibit D

## BRANFORD
## BOARD OF EDUCATION MEETING MINUTES

| | | | |
|---|---|---|---|
| DATE: | March 24, 1999 | LOCATION: | W.I.S., BRANFORD, CONN. |
| SUBJECT: | SPECIAL MEETING | | Page 2 of 4 |

### BUSINESS ITEMS

ITEM  DESCRIPTION

### COMMITTEE REPORTS
### EDUCATION COMMITTEE
NEXT COMMITTEE MEETING SCHEDULED FOR WEDNESDAY, APRIL 7, 1999, 7:30 P.M., WIS.

### PERSONNEL & FINANCE
NEXT COMMITTEE MEETING SCHEDULED FOR WEDNESDAY, MARCH 31, 1999, 7:30 P.M., WIS.

### CONSENT AGENDA

03  (Dargan/Kinney) Motion to approve the Consent Agenda, and accept the retirement of the Payroll Supervisor-Central Office.
MOTION PASSED/APPROVED UNANIMOUSLY

### ACTION ITEM AGENDA - DISCUSSION & ACTION

04  (Mendillo/Dargan) Motion to approve Out-Of-District Waiver Request dated March 4.
MOTION PASSED/APPROVED UNANIMOUSLY

05  (Mendillo/Greenalch) Motion to approve participation in the application for Grant 98-014-01, Southern CT Language & Culture Exposure Program.
MOTION PASSED/APPROVED UNANIMOUSLY

06  (Mendillo/Brown) Motion to adopt the 1999-2000 proposed school calendar marked B, as recommended by the Education Committee.

07  (Caruso/Greenalch) Motion to amend the above motion to reflect a holiday on September 20, 1999, and making the last day of school June 12.
MOTION PASSED/APPROVED UNANIMOUSLY

08  Vote taken on amended motion.
VOTING YES:   BROWN, CARUSO, KINNEY, LOMBARD, MENDILLO
VOTING NO:    DARGAN, GREENALCH
ABSTAINING:
MOTION PASSED

# BRANFORD
# BOARD OF EDUCATION MEETING MINUTES

| | | | |
|---|---|---|---|
| DATE: | March 24, 1999 | LOCATION: | W.I.S., BRANFORD, CONN. |
| SUBJECT: | SPECIAL MEETING | | Page 3 of 4 |

## BUSINESS ITEMS

| ITEM | DESCRIPTION |
|---|---|
| | **ACTION ITEM AGENDA - DISCUSSION & ACTION** (Continued) |
| 09 | (Kinney/Mendillo) Motion that the Board of Education approve an "Ohio-Plan" early retirement incentive for all eligible professional staff, providing for the purchase of an additional three years of service for those who choose to take advantage of the incentive, and consistent with statutes and regulations established by the Legislative and the Teachers' Retirement Board for this type of program.<br>MOTION PASSED/APPROVED UNANIMOUSLY |
| 10 | (Caruso/Mendillo) Motion to amend the above motion: That the Plan be accepted but before implementation it be referred to the Personnel & Finance Committee to study the ramifications of the Plan in terms of economics and that the Personnel & Finance Committee's determination as to where the cut-off point should be in terms of the economic benefit to the Board of Education should be binding.<br>MOTION TO AMEND WITHDRAWN |
| 11 | (Mendillo/Greenalch) Motion to approve Branford's participation in the Sound School Summer Program.<br>MOTION PASSED/APPROVED UNANIMOUSLY |
| 12 | (Mendillo/Caruso) Motion that the Board of Education request funding not to exceed $75,000 for the purpose of constructing the School Based Health Center at Branford High School, as an addition to the scope of the project.<br>MOTION PASSED/APPROVED UNANIMOUSLY |
| 13 | (Mendillo/Dargan) Motion to approve the appointment of a Payroll Supervisor – Central Office – Mrs. Diane Tyler.<br>MOTION PASSED/APROVED UNANIMOUSLY |
| 14 | (Mendillo/Brown) Motion to move to Executive Session at 8:45 p.m. for the purpose of discussing possible litigation, personnel matter, and client-attorney privileged information.<br>MOTION PASSED/APPROVED UNANIMOUSLY |
| 15 | (Brown/Lombard) Motion to return to Regular Session at 10:30 p.m.<br>MOTION PASSED/APPROVED UNANIMOUSLY |

## BRANFORD
## BOARD OF EDUCATION MEETING MINUTES

| | | | |
|---|---|---|---|
| DATE: | March 24, 1999 | LOCATION: | W.I.S., BRANFORD, CONN. |
| SUBJECT: | SPECIAL MEETING | | Page 4 of 4 |

### BUSINESS ITEMS

| ITEM | DESCRIPTION |
|---|---|

**ACTION ITEM AGENDA -- DISCUSSION & ACTION** (Continued)

16  (Dargan/Brown) Motion for Teacher Non-Renewal, Reid White.
    MOTION PASSED/APPROVED UNANIMOUSLY

17  (Struzinsky/Brown) Motion to return to Executive Session at 10:34 p.m.
    MOTION PASSED/APPROVED UNANIMOUSLY

18  (Dargan/Brown) Motion to return to Regular Session at 11:30 p.m.
    MOTION PASSED/APPROVED UNANIMOUSLY

19  (Kinney/Mendillo) Motion not to pursue further requests from Pepe & Hazard for explanation of legal bills.
    VOTING YES:   Caruso, Dargan, Kinney, Mendillo
    VOTING NO:    Brown, Greenalch, Lombard
    ABSTAINING:
    MOTION PASSED

20  (Dargan/Brown) Motion to adjourn at 11:31 p.m.
    MOTION PASSED/APPROVED UNANIMOUSLY

Respectfully submitted,

*Robert Dargan/pels*

Robert Dargan
Secretary

Prepared by
Linda Braddock

# BRANFORD

# BOARD OF EDUCATION

DATE: June 1, 1999  LOCATION: Board of Education Office
                              Branford, CT  06405
SUBJECT: Special Meeting

| HERE | ATTENDEE | AFFILIATION |
|---|---|---|
| Y | Edward Struzinsky - Chairman | Board of Education |
| N | Randina Prete - Vice-Chairman | Board of Education |
| Y | Marilyn Brown | Board of Education |
| Y | Daniel Caruso | Board of Education |
| N | Frank Kinney | Board of Education |
| Y | Richard Greenalch | Board of Education |
| Y | Arthur Lombard | Board of Education |
| Y | Jim Mendillo | Board of Education |
| Y | Dr. Bruce Storm - Superintendent | Central Office |
| Y | Dr. Paul Smotas - Asst. - Superintendent | Central Office |

BUSINESS ITEMS

ITEM        DESCRIPTION

            CALL

01     Meeting called to order at 6:35 p.m. by Chairman Struzinsky.

ACTION ITEM AGENDA - DISCUSSION & ACTION

02     School based Health Center - Branford High School

       M/MS ( Mendillo - Greenalch ) Motion to authorize the Building committee, on behalf of the Board of Education, to execute a change order with Salce Construction Company to construct the School Based Health Center. Cost not to exceed $75,000, as authorized by the Town.

Voting        - Yes - Brown, Greenalch, Lombard, Mendillo, Struzinsky.
Abstaining:            Caruso

Motion passed:  5 Yes;  1 Abstention

03     Nurse's Station - Branford High School

       M/MS ( Mendillo - Greenalch ) Motion to direct the Building Committee to execute a change order for the revised design of the nurse's station.

Voting        - Yes - Brown, Greenalch, Lombard, Mendillo, Struzinsky.
Abstaining:            Caruso
Motion passed:  5 Yes;  1 Abstention

1

**VERIP**

M/MS ( Greenalch - Mendillo )  Motion to approve the Early Retirement Plan as presented by the administration to the sixteen (16) most senior teachers with Branford experience, who applied for early retirement

Voting        - Yes -  Brown, Caruso, Greenalch, Lombard, Mendillo, Struzinsky.

Motion Passed/Approved Unanimously.

Respectfully submitted,

*Edward J Struzinsky*
Edward J. Struzinsky, Chairman