UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA SIMLER,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>EDWARD STRUZINSKY and BRANFORD<br>BOARD OF EDUCATION<br><br>　　　　　　　　　　*Defendants*. | Civil Action No.<br><br>3:02 CV 01565 (JCH)<br><br><br><br><br><br>JANUARY 16, 2004 |

### AFFIDAVIT OF EDWARD STRUZINSKY

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen years of age

2. I understand the obligations of an oath.

3. I am a resident of Branford, CT.

4. From November 1991 to November 2003, I was a member of the Town of Branford Board of Education and was its chairman from November 1997 to November 1999.

5. In May 1998, the Office of the Superintendent became aware that the plaintiff, Donna Simler, was arrested for assault, and that such information was relayed to the Board of Education.

6. The Branford Board of Education conducted an independent investigation by hiring separate counsel to conduct such investigation.

7. On September 2, 1998, as a result of the investigation, Simler was informed that the school system would commence termination proceedings against her.

# Exhibit F

8. In lieu of the termination proceedings, the parties entered into a separation agreement.

9. In September 1999, the Branford Board of Education voted to request that the Commissioner of Education for the State of Connecticut investigate and revoke Simler's teaching certification.

10. I, as Chairman of the Branford Board of Education, signed the request to revoke to the Commissioner of Education.

11. The Branford Board of Education authorized Dr. Storm, as Superintendent of Schools, to submit the investigative materials from the Branford Board of Education to the Commissioner of Education for the State of Connecticut in support of the request to revoke.

12. The Board had no power to revoke the plaintiff's teaching certification or otherwise limit Simler from teaching anywhere in Connecticut, except for Branford.

13. On March 24, 1999, the Branford Board of Education authorized an early retirement incentive (the "Plan") for all eligible professional staff ("Participants"), providing for the purchase of an additional three years of service for those who chose to take advantage of the incentive and consistent with the statutes and regulations established by the legislature of the State of Connecticut and the State of Connecticut Teacher's Retirement Board for that type of program.

14. The Branford Board of Education requested that the Office of the Superintendent prepared a financial analysis of offering the Plan.

15. Dr. Paul Smotas, Assistant Superintendent completed an analysis of offering the Plan and presented his analysis to the Board.

16. On June 1, 1999, Dr. Smotas submitted the Plan's financial data to the Branford Board of Education at a duly noticed meeting and recommended that the Board approve the Plan limited to the 16 most senior Participants.

17. At the June 1, 1999 meeting, the Board approved the Plan, limited to the 16 most senior Participants with Branford experience who applied.

18. The determination of the number of Participants was made on June 1, 1999, and was based on the cost analysis, which would best serve the financial interests of the Branford Board of Education.

19. Including any other Participants beyond the 16 most senior would have placed the Plan in financial jeopardy.

20. There was no other basis in the determination other than the financial implication of adding a 17th teacher to the Plan.

21. The financial implications were determined by comparing the retirement cost of the group of Participants to the salary cost of those Participants in the 1999-2000 school year, the year following the effective date of retirement, including the saving to the Board over three years.

22. Including any Participant beyond 16 most senior would have eliminated the majority of any cost-savings resulting from the retirement.

23. The Board concluded that it did not want to spend the additional money to include the 17th Participant in the Plan.

24. When the Board discussed the financial implications of the Plan, we did not discuss the identity of the potential participants and did not know the identity of any of the potential participants.

/s/ Edward Struzinsky
EDWARD STRUZINSKY

- 4 -

STATE OF CONNECTICUT          :

                                    :     *ss:*

COUNTY OF                     :

Subscribed and sworn to before me this 16th day of January 2004.

                                                                      /s/
                                          Comm. of the Superior Court/
                                          Notary Public
                                          My commission expires: