FILED

2004 FEB 12 A 10: 11

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONNA SIMLER         :

VS.              :  NO. 3:02CV01565(JCH)

EDWARD STRUZINSKY,     :
BRANFORD BOARD OF EDUCATION :  FEBRUARY 10, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  The plaintiff, DONNA SIMLER, respectfully moves this Court to grant her an extension of time of twenty (20) days, up to and including February 25, to file a response to defendants' Motion for Summary Judgment.

  In support of this motion, plaintiff represents as follows:

  1. Plaintiff has been engaged in a state court trial for the past two weeks.

  2. This is the first request for an extension of time requested by the plaintiff.

  3. Approximately ten days ago, counsel for plaintiff consulted with the attorney for the defendants who indicated that he has no objection to the requested extension of time to February 25, but that he would agree to only one extension.

4. Counsel for plaintiff inadvertently failed to submit the Motion at that time, and respectfully requests that the extension be granted.

*[signature]*
KATRENA ENGSTROM
Fed. Bar No. Ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Her Attorney

## CERTIFICATION

A copy of the foregoing was mailed, first class to the following counsel on the date set forth above:

John J. Radshaw, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT  06114

*[signature]*
KATRENA ENGSTROM