35

FILED

2004 FEB 12  A 10: 11

US DIST...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA SIMLER | : | |
| VS. | : | NO. 3:02CV01565(JCH) |
| EDWARD STRUZINSKY, | : | |
| BRANFORD BOARD OF EDUCATION | : | FEBRUARY 10, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, DONNA SIMLER, respectfully moves this Court to grant her an extension of time of twenty (20) days, up to and including February 25, to file a response to defendants' Motion for Summary Judgment.

In support of this motion, plaintiff represents as follows:

1. Plaintiff has been engaged in a state court trial for the past two weeks.

2. This is the first request for an extension of time requested by the plaintiff.

3. Approximately ten days ago, counsel for plaintiff consulted with the attorney for the defendants who indicated that he has no objection to the requested extension of time to February 25, but that he would agree to only one extension.

MOTION GRANTED. *nunc pro tunc*

SO ORDERED

___ J.C.H., U.S.D.J.

2004 FEB 23  P 12: 40