**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DONNA SIMLER | : | |
| v. | : | Civil No.  3:02cv1565(EBB) |
| EDWARD STRUZINSKY<br>BRANFORD BOARD OF EDUCATION | : | |
| | : | |

## **JUDGMENT**

    This matter came on for consideration on defendants' motion for summary judgment before the Honorable Ellen Bree Burns, United States District Judge.

    The Court has reviewed all of the papers in conjunction with the motion and on March 30, 2005, the Court entered a Ruling granting defendants' motion for summary judgment.

    It is therefore ORDERED and ADJUDGED that summary judgment is entered for all defendants and the case is closed.

    Dated at New Haven, Connecticut: March 31, 2005

                                              KEVIN F.  ROWE, CLERK

                                              By _____
                                                Rebecca Rodko
                                                Deputy Clerk

EOD_____