**FORM 1**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Donna
Simler

v.

Strzinsky, et al

**FILED**

2005 APR 29 P 3: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CIVIL CASE NO. 3:02 CV-01565
(EBB)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), ___Plaintiff___ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):

___Summary judgment for defendants___

2. The Judgment /Order in this action was entered on __3/31/05__.
(date)

Donna A. Simle
**Signature**

Donna Simler
**Print Name**

128 Grist Mill Cirole
Guilford, CT  06437
**Address**

203-453-3763
**Telephone Number**

Date: __4/29/05__

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within
30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States
is a party).