UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA SIMLER | : | NO.:  3:02CV01565 (EBB) |
| | : | |
| v. | : | |
| | : | |
| EDWARD STRUZINSKY, BRANFORD | : | |
| BOARD OF EDUCATION | : | MAY 3, 2005 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, BRANFORD BOARD OF

EDUCATION and EDWARD STRUZINSKY, hereby submit their bill of costs in the

above-captioned case.  The District Court entered judgment for the defendants on

March 31, 2005, following a summary judgment ruling in favor of the defendants.  A

verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.     Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

1.     Deposition transcript of Donna A. Simler (12/11/03)
   ($532.00 original & 1 copy + $31.92 tax)                $ 563.92

Appearance fee of court reporter ($75.00 + $4.50 tax) $   79.50

Subtotal:                                                $ 643.42

B.    Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit C**)

        1.    Copies of exhibits appended to successful Motion for Summary Judgment

            396 pages @ 0.150 = $59.40
            $59.40/2 copies = $29.70
            Taxes = $1.78

            Subtotal:                                  $31.48

**TOTAL FEES REQUESTED:**    **$674.90**

                             DEFENDANTS,
                             EDWARD STRUZINSKY, BRANFORD
                             BOARD OF EDUCATION

                             By/s/David S. Monastersky
                               David S. Monastersky
                               ct13319
                               Howd & Ludorf, LLC
                               65 Wethersfield Avenue
                               Hartford, CT  06114
                               (860) 249-1361
                               (860) 249-7665 (fax)
                               E-Mail:  dmonastersky@hl-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of May, 2005.

Katrena Engstrom, Esquire
John R. Williams & Associates
51 Elm Street, Suite 409
New Haven, CT 06510

/s/David S. Monastersky
David S. Monastersky