UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA SIMLER | : | NO.:  3:02CV01565 (EBB) |
| | : | |
| v. | : | |
| | : | |
| EDWARD STRUZINSKY, BRANFORD | : | |
| BOARD OF EDUCATION | : | MAY 3, 2005 |

## AFFIDAVIT OF DAVID S. MONASTERSKY

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1.    I am over eighteen (18) years of age and I believe in the obligation of an oath;

2.    I represented the defendants, BRANFORD BOARD OF EDUCATION and EDWARD STRUZINSKY, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the defendants, BRANFORD BOARD OF EDUCATION and EDWARD STRUZINSKY, in defending this case;

3.    The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.


/s/David S. Monastersky
David S. Monastersky


EXHIBIT A

STATE OF CONNECTICUT            )

                               )      ss:      *Hartford*

COUNTY OF HARTFORD             )

Subscribed and sworn to before me this 3rd day of May, 2005.

/s/Elvira C. Blackman
Elvira C. Blackman
Notary Public
My Commission Expires:  10/31/07
