

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

**RECEIVED**
**DEC 3 1 2003**
**BY:** ......................

```
DAVID MONASTERSKY, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE                      DATE         12/29/2003
HARTFORD, CT   06114-1190                   INVOICE         31459
                                            CLIENT            422
                                            REFERENCE         SAL




Re: DONNA SIMLER    EDWARD STRUZINSKY, ET AL
Assignment Date: December 11, 2003


 Deposition Of - DONNA A. SIMLER

 TRANSCRIPT ORIG. & 1                                       532.00
 APPEARANCE FEE                                              75.00
 SHIPPING & HANDLING                                          5.00
 CONDENSED AND ASCII                                         30.00
                                                        ==========
                              Total Amount  $               642.00
                                       Tax  $                38.52
                              Total due     $               680.52


WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```



CL 140-2577   DATE _____
CODE _____   CK _____
TR _____    T/B _____

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY                **EXHIBIT B**