

# IKON
## Office Solutions™

## Document Services

Phone:(860) 278-1555        Fax:(860) 278-6612

Federal ID #:230334400

**SOLD TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

**SHIP TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

**TERMS: Net 10 Days**

| | INVOICE   Page     1 |
|---|---|
| Invoice # | HAR067533 |
| Invoice Date | 01/19/2004 |
| Due Date | 01/29/2004 |
| Customer # | HAR-HOW6 |
| Order # | 04010283 |

| Order Date | Ordered By | Reference / Case # | | Account Manager |
|---|---|---|---|---|
| 01/16/2004 | ELLIE BLACKMAN | 140-02577 | | STEVE PASSARO |
| Reference 2 | | | Reference 3 | |

_Simler v. Branford_ (handwritten)

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 567 | C Litigation Copy | 396 | 0.150 | 59.40 |

| | |
|---|---|
| Taxable Sales: | 59.40 |
| Sales Tax: | 3.56 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **62.96** |

21183 (handwritten)

### Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

Received and approved by: _____    Date: _____

EXHIBIT C