

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

DCCT/NHCT
02 cv 1565
BURNS

Roseann B. MacKechnie
CLERK

| | |
|---|---|
| Docket Number: | 05-2184-cv |
| Short Title: | Simler v. Struzinsky |
| DC Docket Number: | 02-cv-1565 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Ellen Burns |

*UNITED STATES COURT OF APPEALS FILED AUG - 5 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT*

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 5th day of AUGUST, two thousand five.

SIMLER v. STRUZINSKY

The *Civil Appeals Management Plan* of this court directs that within thirty (30) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 3/31/05 United States District Court for the District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

_____
By: Eddie Andino
Deputy Clerk

CERTIFIED: 8/5/05