**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date:              12/14/05
Docket Number:     05-2184-cv
Short Title:       Simler v. Struzinsky
DC Docket Number:  02-cv-1565
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Ellen Burns

Dear Appeals Coord.:

An order has been entered by this court recalling and staying the mandate reissuance of the mandate of this court in the above-entitled case.

The mandate was issued to your office on 8/5/05.
Please return the mandate to me so that I may hold it pursuant to the court's order.
I enclosed herein a certified copy of the above-mentioned order for your files.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Eddie Andino
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

DCCT/NHCT
02cv1565
BURNS

Roseann B. MacKechnie
CLERK

    At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 14th day of December, two thousand five.

Donna Simler,

    Plaintiff-Appellant,

        v.                            05-2184cv

Edward Struzinsky, Branford Board of Education,

    Defendants-Appellees.

    The Court noting that a default order dismissing the appeal having been entered in error on 8/5/05.

    IT IS HEREBY ORDERED that the default order vacated; and it is further noted that the appeal is reinstated.

*[Stamp: UNITED STATES COURT OF APPEALS FILED DEC 14 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]*

For the Court,
Roseann B. MacKechnie, Clerk

By: Eddie Andino
Deputy Clerk