MANDATE

DCCT/NHCT
02cv1565
Burns

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to summary orders filed after January 1, 2007, is permitted and is governed by this court's Local Rule 0.23 and Federal Rule of Appellate Procedure 32.1. In a brief or other paper in which a litigant cites a summary order, in each paragraph in which a citation appears, at least one citation must either be to the Federal Appendix or be accompanied by the notation: "(summary order)." Unless the summary order is available in an electronic database which is publicly accessible without payment of fee (such as the database available at http://www.ca2.uscourts.gov/), the party citing the summary order must file and serve a copy of that summary order together with the paper in which the summary order is cited. If no copy is served by reason of the availability of the order on such a database, the citation must include reference to that database and the docket number of the case in which the order was entered.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of January, Two thousand seven.

PRESENT:

    RALPH K. WINTER
    JOSÉ A. CABRANES
        *Circuit Judges*,
    EDWARD R. KORMAN
        *District Judge.*[*]

-----------------------------------x

DONNA SIMLER,

    *Plaintiff-Appellant*,

    -v.-                                  No. 05-2184-cv

EDWARD STRUZINSKY, BRANFORD BOARD OF EDUCATION

    *Defendants-Appellees*.

-----------------------------------x

FILED JAN 16 2007 — Thomas Asreen, Acting Clerk, UNITED STATES COURT OF APPEALS SECOND CIRCUIT

---

[*] The Honorable Edward R. Korman, Chief Judge of the United States District Court for the Eastern District of New York, sitting by designation.

1

ISSUED AS MANDATE:
6/14/07

| | |
|---|---|
| FOR PLAINTIFF-APPELLANT: | DONNA SIMLER, *pro se*, Guilford, CT. |
| FOR DEFENDANT-APPELLEE: | JOHN J. RADSHAW, III, Howd & Ludorf, LLC, Hartford, CT. |

Appeal from a judgment of the United States District Court for the District of Connecticut (Ellen Bree Burns, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant Donna Simler appeals from a judgment of the District Court granting defendants' motion for summary judgment. *See Simler v. Struzinsky*, No. 3:02-cv-1565 (D. Conn. March 30, 2005). Plaintiff originally brought claims pursuant to 42 U.S.C. § 1983 alleging violations of her constitutional rights to due process of law under the Fifth Amendment and to equal protection of the laws under the Fourteenth Amendment. Plaintiff's claims arose out of (1) a determination by the Branford Board of Education that she was ineligible for a retirement plan made available to certain school district employees; and (2) subsequent proceedings initiated by the Commissioner of Education of the State of Connecticut seeking revocation of plaintiff's teaching license.

On appeal, plaintiff argues that the District Court erred by, *inter alia*, (1) finding that her claims regarding participation in the retirement plan were barred by the statute of limitations; and (2) granting defendants' motion for summary judgment under FED. R. CIV. P. 56(a) as to all of plaintiffs' claims for failure to raise genuine issues of material fact regarding the asserted constitutional violations.

Upon a review of the record, and substantially for the reasons set forth in the District Court's careful and comprehensive opinion of March 30, 2005, we conclude that each of plaintiff's arguments is without merit.

Accordingly, we hereby **AFFIRM** the judgment of the District Court.

FOR THE COURT,
Thomas Asreen, Acting Clerk

By *Lucille Carr*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

2